**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JIMMIE SIMPSON,
ADC #092157                                                                      PLAINTIFF

V.                                        3:05CV00003 SWW/JTR

DICK BUSBY, Sheriff of
Crittenden County, et al.                                                    DEFENDANT

## ORDER

  Plaintiff, who is proceeding *pro se* in this § 1983 action, has filed a Motion to Compel Defendants to respond to the Interrogatories he propounded on May 11, 2005. *See* docket entries #19 and #22. Defendants have filed a Response indicating that they have now responded to Plaintiff's May 11, 2005 Interrogatories. *See* docket entry #23. Accordingly, Plaintiff's Motion to Compel will be dismissed, as moot.

  On April 22, 2005, the Court gave Plaintiff 120 days to identify the Jane Doe Defendant named in this action. *See* docket entry #13. On July 12, 2005, Plaintiff timely filed a Reply indicating that Defendant Jane Doe is Ms. Paula Broadway, a nurse at the Crittenden County jail.[1] *See* docket entry #24. Plaintiff has previously been granted permission to proceed *in forma pauperis*. *See* docket entry #5. Accordingly, the Court will now order service upon Defendant Broadway.

  IT IS THEREFORE ORDERED that:

  1.  Plaintiff's Motion to Compel (docket entry #22) is DISMISSED, AS MOOT.

  2.  The Clerk is directed to prepare a summons for Defendant Paula Broadway, and the United States Marshal is directed to serve the summons, the Complaint (docket entry #1), the

---

[1] The Clerk has already created the docket sheet accordingly.

Amended Complaint (docket entry #6), and this Order on her without prepayment of fees and costs or security therefor.

Dated this 15th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE