IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMIE SIMPSON,
ADC #092157                                                                                          PLAINTIFF

V.                                      3:05CV00003 SWW/JTR

DICK BUSBY, Sheriff of
Crittenden County, et al.                                                                         DEFENDANT

## ORDER

On August 8, 2005, service upon Defendant Paula Broadway, which was sent to the Crittenden County Detention Facility ("CCDF"), was returned as unexecuted. The CCDF failed to provide any explanation as to why it refused to accept service on Defendant Broadway, who Plaintiff asserts is employed at the CCDF. *See* docket entry #29.

IT IS THEREFORE ORDERED THAT defense counsel shall file, within thirty days of the entry of this Order, a **SEALED** Statement that: (1) specifies whether Defendant Broadway ever worked for the CCDF and, if so, the last date of her employment; and (2) provides Defendant Broadway's last known private mailing address.

Dated this 17th day of August, 2005.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE