**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JIMMIE SIMPSON,
ADC #092157                                                                                                  PLAINTIFF

V.                                              3:05CV00003 SWW/JTR

DICK BUSBY, Sheriff of
Crittenden County, et al.                                                                            DEFENDANTS

**ORDER**

Plaintiff, who is proceeding *pro se* in this § 1983 action, has filed a Request for Information Contained in Sealed Statement and a Motion for Appointment of Counsel.  *See* docket entries #33-1 and #33-2.  For the reasons set forth herein, both Motions will be denied.

On August 22, 2005, defense counsel filed, at the Court's request, a sealed statement containing Defendant Broadway's dates of employment and last known private address.  *See* docket entry #32, attachment.  Soon thereafter, the Court ordered the United States Marshal's Office to attempt service upon Defendant Broadway at that sealed address.  *See* docket entry #35 .  On August 30, 2005, Plaintiff filed a Request for a copy of that sealed statement, which he asserts (without explanation) contains information that is "vital to his case."  *See* docket entry #33-1.  For safety and privacy reasons, the Court will not release the sealed statement to Plaintiff.   Instead, Plaintiff may obtain <u>relevant</u> information about Defendant Broadway's work history (but not her private address) by engaging in the discovery process set forth in Fed. R. Civ. P. 26 through 36.

On August 30, 2005, Plaintiff also filed a Motion requesting the appointment of an attorney. *See* docket entry #33-2.  On February 3, 2005, the Court denied Plaintiff's previously filed Motion for Appointment of Counsel.  *See* docket entry #5.  Plaintiff has not, at this time, presented the Court

with any information that would warrant the reconsideration of that ruling.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Request for Information Contained in Sealed Statement (docket entry #33-1) is DENIED.

2. Plaintiff's Motion for Appointment of Counsel (docket entry #33-2) is DENIED.

Dated this 7th day of September, 2005.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE