IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMIE SIMPSON,
ADC #092157                                                                                              PLAINTIFF

V.                                        3:05CV00003 SWW/JTR

DICK BUSBY, Sheriff of
Crittenden County, et al.                                                                          DEFENDANTS

## ORDER

On October 19, 2005, the Court appointed an attorney to represent Plaintiff in this § 1983 action. *See* docket entry #46. Approximately a year later, on October 26, 2006, Plaintiff filed a *pro se* Motion for Discovery, in which he asks the Court to ascertain the whereabouts of a potential witness. *See* docket entry #72. As explained to Plaintiff in the October 19, 2005 Order, he cannot file *pro se* pleadings now that he is represented by counsel. Instead, all pleadings and motions must be filed and signed by his appointed counsel. *See* docket entry #46 (citing Local Rule 5.5(c)(2)). Accordingly, the Court will deny Plaintiff's Motion. Plaintiff should discuss his discovery concerns with his appointed counsel.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Discovery (docket entry #72) is DENIED.

Dated this 31st day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE