**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JIMMIE SIMPSON,
ADC #092157                                                                                            PLAINTIFF

V.                                    3:05CV00003 SWW/JTR

DICK BUSBY, Sheriff of
Crittenden County, et al.                                                                      DEFENDANTS

**ORDER**

This case is currently scheduled to proceed to an Evidentiary Hearing on December 5, 2006. *See* docket entry #60. Defendants have filed a Motion for Summary Judgment, which is currently pending before the Court. *See* docket entry #67. On November 8, 2006, the Court entered an Order giving Plaintiff, who is represented by counsel, until November 20, 2006, to file a Statement of Disputed Facts that complies with the Court's prior instructions. *See* docket entry #77.

Given this new deadline, it will be impossible for the Court to review the summary judgment papers, issue a Recommended Disposition, give the parties eleven days to file any Objections thereto, and have the District Judge rule on the matter before the December 5, 2006 Evidentiary Hearing. Accordingly, the Court will cancel the December 5, 2006 Evidentiary Hearing and reschedule it, if necessary, after the Motion for Summary Judgment is resolved.

IT IS THEREFORE ORDERED THAT the December 5, 2006 Evidentiary Hearing is CANCELED, and the remaining deadlines imposed in the Second Amended and Final Scheduling Order (docket entry #60) are VACATED.

Dated this 14th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE