**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JIMMIE SIMPSON,
ADC #092157                                                                                          PLAINTIFF

V.                                        3:05CV00003 SWW/JTR

DICK BUSBY,
Sheriff of Crittenden County; et al.                                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth in this action. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 19th day of December, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE