# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JIMMIE SIMPSON,
ADC #092157                                                                                           PLAINTIFF

V.                             3:05CV00003 SWW/JTR

DICK BUSBY,
Sheriff of Crittenden County; et al.                                                             DEFENDANTS

## ORDER

Pending before the Court is the Application of Marie-B Miller for a disbursement of funds from the Court's reimbursement of out-of-pocket expenses fund (docket entry #86). Counsel seeks $742.14 for out-of-pocket expenses incurred in representing Plaintiff in this case.

Under Local Rule 83.6, reimbursement of out-of-pocket expenses of appointed counsel may be paid from monies derived from annual fees paid by attorneys admitted to practice before the Court. Local Rule 83.6(5) states that an application for disbursement from the fund must be made in accordance with policies and guidelines contained in Exhibit A to Rule 83.6. Subsection two (2) of the policies and guidelines states that before an attorney "expends $500 for which that attorney intends to see reimbursement from the fund, written approval must be obtained from a district court judge or a magistrate judge." Subsection four (4) of the policies and guidelines requires that requests for approval of expenditures contain, among other things, a "detailed itemization of all costs and expenses for which the disbursement or expenditure is requested." Additionally, subsection three (3) of the Rule states that before the Court may authorize an expenditure in excess of $500, the district judge or magistrate judge shall inquire of

1

the Clerk of the Court as to the impact of the proposed expenditure on the fund.

Here, counsel failed to receive approval for expenditures in excess of $500. Accordingly, the Court is unable to fully grant counsel's request.

The Clerk of the Court is directed to distribute to Marie-B Miller of the law firm of Gill Elrod Ragon Owen & Sherman, P.A., the amount of $500 from the reimbursement of out-of-pocket expenses fund. A copy of this order, along with the application for reimbursement, shall be placed in the fund and maintained by the Clerk of the Court.

IT IS SO ORDERED THIS 8TH DAY OF FEBRUARY, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE